NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number  **22 CR 314**

**DANIEL LEYDEN**
            (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Thomas More Leinenweber 6209086
*(Attorney & Bar ID Number)*

Leinenweber Baroni & Daffada
*(Firm Name)*

120 N. LaSalle, Ste 2000
*(Street Address)*

Chicago, IL 60602
*(City)          (State)          (Zip)*

312-606-8705
*(Telephone Number)*